UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TRE VON WOODARDS,

    Plaintiff,

v.

PHILLIP MORRIS INTERNATIONAL,

    Defendant.

No. 1:20-CV-004-H-BU

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Tre Von Woodards, proceeding pro se, filed this civil-rights complaint against Phillip Morris on January 3, 2020. Dkt. No. 1. United States Magistrate Judge John R. Parker reviewed the complaint and submitted findings and conclusions to this Court. Dkt. No. 7. Judge Parker recommended that the Court summarily dismiss Woodards's complaint under 28 U.S.C. § 1915(e)(2)(B) because the complaint "fails to include any details regarding the allegations or state any request for relief." *Id.* at 1. Woodards filed purported objections to Judge Parker's findings and conclusions, alleging that Phillip Morris "caused injury by producing products that are addictive and harmful." Dkt. No. 8 at 1. Because Woodards's filing does not contain any specific objections within the meaning of Federal Rule of Civil Procedure 72(b)(2), the Court need not review any part of Judge Parker's disposition de novo.[1] *See* Fed. R. Civ. P. 72(b)(3).

---

[1] The Court notes, however, that de novo review of Woodards's complaint would compel the Court to reach the same conclusion as Judge Parker in this case. *See Medina v. Wal-Mart Stores Texas, L.L.C.*, No. EP-17-CV-00320-DCG, 2019 WL 1434566, at *3 (W.D. Tex. Mar. 29, 2019). Woodards's complaint lacks an arguable basis in both law and fact.

The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Woodards's complaint and the claims within it are dismissed with prejudice. All relief not expressly granted and any pending motions are denied.

So ordered on February 20, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE